TAYLOR GEE(Bar No. 358203)
(E-Mail: Taylor_Gee@fd.org)
Office of The Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>PLAINTIFF(S)<br>v.<br>BENJAMIN AZARIAH SOUTHWORTH<br>DEFENDANT(S). | CASE NUMBER:<br>2:26-CR-00570-WLH<br><br>**NOTICE OF MANUAL FILING OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged: **(List Documents)**

EXHIBITS A-F IN SUPPORT OF DEFENDANT'S APPLICATION FOR BAIL REVIEW

**Reason:**

☐ Under Seal
☐ In Camera
☑ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: ____________________
☐ Other:

September 14, 2026
Date

Taylor Gee
Attorney Name

Benjamin Azariah Southworth
Party Represented

*Note: File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*