ORIGINAL

LODGED

2026 SEP 15 AM 11:43

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY ________

AMY KARLIN (Bar No. 150016)
Interim Federal Public Defender
TAYLOR GEE (Bar No. 358203)
(E-Mail: Taylor_Gee@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
BENJAMIN AZARIAH SOUTHWORTH`

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BENJAMIN AZARIAH SOUTHWORTH<br><br>Defendant. | Case No. 2:26-cr-00570-WLH<br><br>**EXHIBITS A-F IN SUPPORT OF DEFENDANT'S APPLICATION FOR BAIL REVIEW [COMPACT DISC]** |

Benjamin Azariah Southworth, through his attorneys of record, Federal Public Defender Taylor Gee, hereby files, [Compact Disc] Exhibits B-C in Support of Defendant's Application for Bail Review.

Respectfully submitted,

AMY KARLIN
Interim Federal Public Defender

DATED: September 14, 2026 By */s/ Taylor Gee*
Taylor Gee
Deputy Federal Public Defender
Attorney for BENJAMIN AZARIAH SOUTHWORTH


USA v. Benjamin Azariah
Southworth
Case No. 2:26-CR-00570-WLH
4.7
16x
120
DVD-R
EXHIBITS B-C IN SUPPORT OF
DEFENDANT'S APPLICATION
FOR BAIL REVIEW

# Notices

2:26-cr-00570-WLH USA v. Southworth

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

## Notice of Electronic Filing

The following transaction was entered by Gee, Taylor on 9/14/2026 at 3:23 PM PDT and filed on 9/14/2026
**Case Name:** USA v. Southworth
**Case Number:** 2:26-cr-00570-WLH
**Filer:** Dft No. 1 - Benjamin Azariah Southworth
**Document Number:** 14

**Docket Text:**
**NOTICE of Manual Filing of COMPACT DISC filed by Defendant Benjamin Azariah Southworth (Gee, Taylor)**

**2:26-cr-00570-WLH-1 Notice has been electronically mailed to:**

Taylor Gee taylor_gee@fd.org

William Kanellis william.kanellis@usdoj.gov

**2:26-cr-00570-WLH-1 Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\fakepath\2026.09.14 Ntc of Manual Filing - Final.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=9/14/2026] [FileNumber=43566475-0
] [1a64b315226b231f34ec75d742bd48f201d9bf52858cb9ff2699bd8ab8f30636572
92aa7a5b6366ffedb97afe2e4d171acd3bef3ee49b2832f8427c4936731f9]]