NAME, ADDRESS AND TELEPHONE NUMBER OF ATTORNEY(S)
Taylor Gee (Bar No. 358203)
(Email: Taylor_Gee@fd.org)
Office of the Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, PLAINTIFF<br>v.<br>Benjamin Azariah Southworth<br>DEFENDANT. | CASE NUMBER<br>2:26-cr-00570-WLH<br>**APPLICATION FOR REVIEW OR RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE OR DETENTION (18 U.S.C. §3142) AND REQUEST FOR HEARING** |

Application is made by ☐ plaintiff ☑ defendant Benjamin Azariah Southworth
that a hearing be held to review /reconsider the decision of

☐ United States District Judge __________ by order dated: __________
or
☐ Magistrate Judge Diana Kwok by order dated: 9/3/26

☑ denying release and imposing detention under subsection ☐ (d) or ☐ (e) of Title 18 U.S.C. §3142; or
☐ ordering release upon certain conditions, or
☐ denying detention.

☑ A hearing is being sought before Magistrate Judge Diana Kwok as there is new information to be presented that was not considered by the previous judicial officer; or

☐ A hearing is being sought before a District Judge to review all information presented to and considered by the previous judicial officer (to be presented to Criminal Duty District Judge if case is unassigned).

Relief sought *(be specific)*:
Mr. Southworth requests that the Court reconsider his release for two reasons: (1) The Defense can offer a significantly larger bond package, which the District Court in this case stated it would consider if we revisited the question of bond.

Counsel for the defendant and plaintiff United States Government consulted on 9/15/26
and opposing counsel declines to stipulate to an order providing the relief sought.

☑ Telephonic notice given to ☑ AUSA ☐ Defendant's Counsel ☐ PSA ☐ Interpreter ☐ USM ☐ Probation
on 9/15/26.

An interpreter is ☐ required ☑ not required. Language __________
Defendant is ☑ in custody ☐ not in custody.

9/15/26
Date

Taylor Gee, DFPD
Moving Party