AMY KARLIN (Bar No. 150016)
Interim Federal Public Defender
TAYLOR GEE (Bar No. 358203)
(E-Mail: taylor_gee@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-1456
Facsimile: (213) 894-0081

Attorneys for Defendant
BENJAMIN AZARIAH SOUTHWORTH

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

UNITED STATES OF AMERICA,

Plaintiff,

v.

BENJAMIN AZARIAH SOUTHWORTH.

Defendant.

Case No. 2:26-cr-00570-WLH

**~~[PROPOSED]~~ ORDER GRANTING EX PARTE APPLICATION TO RELIEVE THE OFFICE OF THE FEDERAL PUBLIC DEFENDER AND APPOINT NEW COUNSEL [32]**

IT IS HEREBY ORDERED that the Office of the Federal Public Defender is relieved as counsel of record and CJA Panel Attorney Daniel Nardoni is appointed to represent defendant Benjamin Azariah Southworth.

DATED: September 21, 2026

HON. WESLEY L. HSU
United States District Judge