# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## MINUTES - DETENTION HEARING - REVIEW/RECONSIDERATION OF BAIL / DETENTION ORDER - NEBBIA HEARING

Case No. 2:26-cr-00570-WLH-1 CourtSmart 09/22/2026 Date: 09/22/2026

Present: The Honorable Diana M. Kwok, U.S. Magistrate Judge

| K. Lozada | William Kanellis | n/a |
|---|---|---|
| *Deputy Clerk* | *Assistant U.S. Attorney* | *Interpreter / Language* |

USA v. Benjamin Azariah Southworth

☑ Present ☑ Custody ☐ Bond ☐ Not present

Attorney Present for Defendant:

Daniel A. Nardoni

☑ Present ☑ CJA ☐ Retd ☐ DFPD ☐ Not present

**PROCEEDINGS: DETENTION HEARING** ☐ Contested detention hearing is held.

☑ Government's request for detention is: ☐ GRANTED ☐ DENIED ☐ WITHDRAWN ☑ CONTINUED

☐ Witnesses CST (see separate list). ☐ Exhibits Marked/Admitted (see separate list).

☐ Court orders that exhibits be returned to the respective counsel / party of record.

☐ See Receipt for Release of Exhibits to Counsel.

☐ Counsel stipulation to bail.

☐ Court finds presumption under 18 USC 3142e ______ has not been rebutted.

☐ Court ORDERS DEFENDANT PERMANENTLY DETAINED. See separate detention order.

☐ Court finds presumption under 18 USC 3142e ______ has been rebutted.

☐ **Court sets bail at: $ ______ .** ☐ **SEE ATTACHED COPY OF CR-01 BOND FORM FOR CONDITIONS OF RELEASE.**

☐ Court orders that defendant be detained for a period not to exceed ten (10) Court days. See separate order re temporary detention.

☑ Court orders further detention / bail hearing to be set on Wednesday, September 30, 2026 at 1:30 ☐a.m. / ☑p.m. in Courtroom 880 in Roybal before Judge Diana M. Kwok .

☐ Court orders case continued to ______ at ______ ☐a.m. / ☐p.m. for ______ , in Courtroom ______ before Judge ______ .

☐ Release Order Issued - Release No. ______ .

☐ Other: ______

**PROCEEDINGS:** ☐ **REVIEW / RECONSIDERATION OF BAIL / DETENTION ORDER - BOND HEARING**
☐ **NEBBIA HEARING**

Hearing on ☐ Plaintiff's ☐ Defendant's request for review / reconsideration of bail / detention order had and request is: ☐ GRANTED ☐ DENIED

Court ORDERS bail as to the above-named defendant ☐ **modified to** ☐ **set at: $** ______

☐ **SEE ATTACHED COPY OF CR-01 BOND FORM FOR CONDITIONS OF RELEASE.**

☐ Bond previously set is ordered vacated.

☐ Court orders defendant permanently detained. See separate order.

☐ Court denies request for bail, defendant shall remain permanently detained as previously ordered.

☐ Witnesses CST (see separate list). ☐ Exhibits Marked / Admitted (see separate list).

☐ Court orders that exhibits be returned to the respective counsel / party of record.

☐ See Receipt for Release of Exhibits to Counsel.

☐ Case continued to ______ at ______ ☐ a.m. / ☐ p.m. for ______ before Judge ______ in Courtroom ______ .

☐ Nebbia conditions are satisfied and the Government approves the bond package as presented to the Court.

☐ Other ______

Release Order Issued - Release No. ______

0 : 05

Deputy Clerk Initials kl