TODD BLANCHE
Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
JENNIFER L. WAIER
Chief Assistant United States Attorney &
Chief, Criminal Division
WILLIAM KANELLIS (Cal. Bar No. pending)
Assistant United States Attorney
1200 United States Courthouse
312 N. Spring St. Suite 1200
Los Angeles, CA 90012
Telephone: (213) 453-8455
E-mail: william.kanellis@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

BENJAMIN AZARIAH SOUTHWORTH,

Defendant.

No. 2:26-cr-00570-WLH

[~~PROPOSED~~] ORDER CONTINUING TRIAL DATE AND FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT [37]

**CURRENT TRIAL DATE: 10-26-2026**

**~~PROPOSED~~ TRIAL DATE: 02-22 2027**

The Court has read and considered the Stipulation Regarding Request for (1) Continuance of Trial Date and (2) Findings of Excludable Time Periods Pursuant to Speedy Trial Act, filed by the parties in this matter on September 28, 2026. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the trial date in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

The Court further finds that: (i) the ends of justice served by the continuance outweigh the best interest of the public and

defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; and (iii) failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The trial in this matter is continued to February 22, 2027. The briefing schedule for any motions shall be:

a. Pretrial motions: Jan. 20, 2027

b. Opps. to pretrial mtns.: Feb. 6, 2027

c. Replies: Feb. 10, 2027

d. Pretrial conference: Feb. 12, 2027, 10:30 a.m.

2. The time period of October 26, 2026, to February 22, 2027, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (B)(iv).

3. Defendant shall appear in Courtroom 9B of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on February 22, 2027, at 9:00 a.m., without any further notice or order of court.

4. Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence. Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of

///

///

additional time periods from the period within which trial must commence.

IT IS SO ORDERED.

September 29, 2026
DATE

HONORABLE WESLEY L. HSU
UNITED STATES DISTRICT JUDGE

Presented by:

/s/
William Kanellis
Assistant United States Attorney